IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>   Plaintiff,<br><br>   vs.<br><br>TAD C. BEST,<br><br>   Defendant.<br>_____ / | CASE NO. CV F 11-1431 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 5.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the December 6, 2011 scheduling conference; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   November 28, 2011**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1